## FEIN *v.* NEW YORK.

No. 793.  Decided January 23, 1967.

*Louis Nizer, Paul Martinson* and *Bennett Boskey* for appellant.

*Frank S. Hogan* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

## SPROWAL *v.* NEW YORK.

No. 825.  Decided January 23, 1967.

*Carl Rachlin* for appellant.

*Frank S. Hogan* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.